# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY M. AKAVEKA, | CASE NO. CV 17-4184 AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: April 30, 2018

ALICIA G. ROSENBERG
United States Magistrate Judge